firmed, with $10 costs and disbursements. Order filed.

WESTINGHOUSE, CHURCH, KERR & CO., Appellant, v. REMINGTON SALT CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 20, 1906.) Action by Westinghouse, Church, Kerr & Co. against the Remington Salt Company. No opinion. Order requiring plaintiff to enter interlocutory judgment affirmed, with $10 costs and disbursements. Motion to dismiss appeal from interlocutory judgment denied, without costs.

WESTON, Appellant, v. TOWNSHEND, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Fannie M. Weston, as administratrix, against John Townshend. H. V. N. Philip, for appellant. J. Fromme, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WESTON v. WIRTH. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Frederick Weston against Henry Wirth. No opinion. Motion granted, with $10 costs. Order filed.

In re WETMORE ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) In the matter of the application of the Wetmore Electric Company for authority to increase its capital stock. No opinion. In this record there are no findings of the commission, as contemplated by section 14, c. 737, p. 2098, Laws 1905. The record is therefore remitted to the commission.

WHALEN, Respondent, v. THAYER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Richard Whalen against Clayton E. Thayer. No opinion. Judgment affirmed, with costs.

WHEELER, Respondent, v. ROWAN, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Jennie D. Wheeler against D. Noble Rowan. M. K. Flagg, for appellant. E. Hymes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WHITE, Respondent, v. CASE, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by George R. White against David K. Case. No opinion. Judgment and order unanimously affirmed, with costs.

WHITFORD, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Charles S. Whitford against the Interurban Street Railway Company. No opinion. Judgment and order affirmed, with costs. Order filed.

WILLIAMS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Julius Williams, as administrator, against the Metropolitan Street Railway Company. E. D. O'Brien, for appellant. J. P. Cohalan, for respondent. No opinion. Order granting extra allowance reversed, and judgment modified as directed in order, and, as modified, judgment and order denying motion for new trial affirmed, without costs. Order filed.

WILSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Alexander Wilson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WILSON, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Lewis E. Wilson, as administrator, etc., against the New York, Ontario & Western Railway Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event upon questions of law and fact. Held, that the plaintiff was guilty of contributory negligence as matter of law, that the finding of the jury that the defendant was guilty of negligence which contributed to the injury is against the weight of the evidence, and also that there are reversible errors in the charge.

SPRING, J., concurs on first ground only.

WINTER v. WINTER. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Louise Winter against Charles Winter. PER CURIAM. Determination of the Appellate Term reversed on authority of Effray v. Effray, 110 App. Div. 545, 97 N. Y. Supp. 286, with costs in this court and in the court below. Settle order on notice.

PATTERSON, J., dissents.

WISE et al. v. COHEN et al. (two cases). (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by John S. Wise and another against Pauline Cohen, impleaded. No opinion. Motion denied, with $10 costs. Order filed.

In re WITBECK'S WILL. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) In the matter of the probate of the alleged will of Jane A. Whitbeck, deceased. No opinion. Decree unanimously affirmed, with costs.

In re WOOD. (Supreme Court, Appellate Division, First Department. October 19, 1906.) In the matter of Alice F. M. Wood.